IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Neal, Robert Martin | Case Number: 05 B 38075 |
|---|---|
|  | Judge: Wedoff, Eugene R |
| Printed: 4/1/08 | Filed: 9/16/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 14, 2008
Confirmed: November 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,959.63 |  |
| Secured: |  | 4,168.18 |
| Unsecured: |  | 1,985.68 |
| Priority: |  | 1,329.79 |
| Administrative: |  | 1,950.00 |
| Trustee Fee: |  | 525.98 |
| Other Funds: |  | 0.00 |
| Totals: | 9,959.63 | 9,959.63 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Dollie I Warren-Reed | Administrative | 1,950.00 | 1,950.00 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial | Secured | 0.00 | 0.00 |
| 4. | CitiFinancial | Secured | 0.00 | 0.00 |
| 5. | United States Dept Of Treasury | Secured | 21,896.02 | 2,889.60 |
| 6. | Illinois Dept of Revenue | Secured | 4,443.21 | 1,278.58 |
| 7. | HomEq Servicing Corp | Secured | 5,348.52 | 0.00 |
| 8. | Illinois Dept of Revenue | Priority | 1,329.79 | 1,329.79 |
| 9. | ECast Settlement Corp | Unsecured | 273.24 | 130.33 |
| 10. | Illinois Dept of Revenue | Unsecured | 192.04 | 91.60 |
| 11. | Sallie Mae | Unsecured | 3,697.90 | 1,763.75 |
| 12. | Security Credit Systems | Unsecured |  | No Claim Filed |
|  |  |  | $ 39,130.72 | $ 9,433.65 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 185.97 |
| 5% | 96.17 |
| 4.8% | 60.07 |
| 5.4% | 183.77 |
|  | $ 525.98 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Neal, Robert Martin | Case Number:  05 B 38075 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/1/08 | Filed:  9/16/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                              Marilyn O. Marshall, Trustee, by:

